IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| THREE ARROWS ENTERPRISES, INC., et al. | : | |
|     Debtor | : | Case No. 1-09-bk-07161-RNO |
| | : | Case No. 1-09-bk-07158-RNO |
| IFEX GLOBAL, INC., A PENNSYLVANIA CORPORATION | : | (Jointly Administered) |
| IFEX MOTORS, INC., A PENNSYLVANIA CORPORATION | : | Adversary No. 1:09-ap-00402 RNO |
| COSTA CONSULTANTS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY | : | |
| R.A.P. INDUSTRIES, INC., A PENNSYLVANIA CORPORATION | : | |
|     Plaintiff | : | |
| v. | : | |
| THREE ARROWS ENTERPRISES, INC., A PENNSYLVANIA CORPORATION AUTOHAUS ACQUISITION, INC., A PENNSYLVANIA CORPORATION | : | |
|     Defendant | : | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Voluntarily Dismiss their Amended Adversary Complaint pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, it is hereby **ORDERED** that said Motion is **GRANTED** and Plaintiffs' Amended Adversary Complaint is hereby voluntarily dismissed pursuant to Rule 7041.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

*This document is electronically signed and filed on the same date.*

Dated: April 9, 2010